## PETITIONS TO REHEAR

PEASELEY v. COKE CO.

No. 89.

Reported: 282 N.C. 585.

Petition by Coke Company to rehear denied 1 June 1973.

STATE v. WADDELL

No. 5.

Reported: 282 N.C. 431.

Petition by Waddell to rehear denied 30 March 1973.